# UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

LAURA ALEXANDER NELSON,

        Plaintiff,

  v.

STATE OF MINNESOTA
DEPARTMENT OF PUBLIC SAFETY,

        Defendant.

**ORDER ADOPTING REPORT AND
RECOMMENDATION**
Civil File No. 22-2814 (MJD/TNL)

Laura Alexander Nelson, <u>pro se</u>.

No appearance on behalf of Defendant.

The above-entitled matter comes before the Court upon the Report and

Recommendation of United States Magistrate Judge Tony N. Leung dated April

17, 2023.  No objections have been filed to the Report and Recommendation.

Pursuant to statute, the Court has conducted a <u>de novo</u> review upon the

record.  28 U.S.C. § 636(b)(1); D. Minn. LR 72.2(b).  Based upon that review, the

Court adopts the Report and Recommendation of United States Magistrate Judge

Leung dated April 17, 2023.

Accordingly, based upon the files, records, and proceedings herein**, IT IS**

**HEREBY ORDERED**:

1.  The Court **ADOPTS** the Report and Recommendation of United States

    Magistrate Judge Tony N. Leung dated April 17, 2023 **(Doc. 5)**; and

2.  This action is **DISMISSED WITHOUT PREJUDICE** for failure to

    prosecute.

    **LET JUDGMENT BE ENTERED ACCORDINGLY.**

Dated:   June 15, 2023                                s/Michael J. Davis
                                                      Michael J. Davis
                                                      United States District Court